IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK STEPHEN LEWIS
ADC #163232                                                          PLAINTIFF

v.                         No. 5:17-cv-10-DPM

PATRICIA TABB, GED Education Program,
Delta Regional Unit; BILL GLOVER, Dr.,
Head of Education Department, ADC;
S. BOBO, Ms., Verification/Education,
Central Office; THOMAS W. HURST, Deputy
Warden, Delta Regional Unit;
DEXTER PAYNE, Assistant Director, ADC;
and WENDY KELLEY, Director, ADC                                      DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lewis's complaint will be dismissed, but without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2017