IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK STEPHEN LEWIS
ADC #163232                                                                    PLAINTIFF

v.                          No. 5:17-cv-10-DPM

PATRICIA TABB, GED Education Program,
Delta Regional Unit; BILL GLOVER, Dr.,
Head of Education Department, ADC;
S. BOBO, Ms., Verification/Education,
Central Office; THOMAS W. HURST, Deputy
Warden, Delta Regional Unit;
DEXTER PAYNE, Assistant Director, ADC;
and WENDY KELLEY, Director, ADC                                         DEFENDANTS

JUDGMENT

Lewis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2017